```
KENNETH HURLE CAMPBELL          CREDITFRESH                     NAVY FCU
1150 CHURCHTON ST               200 CONTINENTAL DRIVE           ATTN: BANKRUPTCY
LAUREL, MS 39440                SUITE 401                       P.O.BOX 3000
                                NEWARK, DE 19713                MERRIFIELD, VA 22119


THOMAS C. ROLLINS, JR.          DEMETRIUS CAMPBELL              ONEMAIN
THE ROLLINS LAW FIRM, PLLC      1150 CHURCHTON ST               PO BOX 1010
P.O. BOX 13767                  LAUREL, MS 39440                EVANSVILLE, IN 47706
JACKSON, MS 39236


AAFES                           FAMILY CHOICE                   PURCHASING POWER
ATTN: BANKRUPTCY                1717 GILBREATH DR               1375 PEACHTREE STREET
P.O. BOX 650060                 LAUREL, MS 39440                SUITE 500
DALLAS, TX 75265                                                ATLANTA, GA 30309


AUSTIN CAPITAL BANK             GENESIS FS                      ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY DEPT           ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
8100 SHOAL CREEK BLVD           PO BOX 4477                     5525 N MACARTHUR BLVD
STE 100                         BEAVERTON, OR 97076             STE 660
AUSTIN, TX 78757                                                IRVING, TX 75038


CAPITAL ONE                     HARLEY DAVIDSON FIN             SOUTH REGIONAL MEDICAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                P.O. BOX 607
P.O. BOX 30285                  PO BOX 22048                    LAUREL, MS 39441
SALT LAKE CITY, UT 84130        CARSON CITY, NV 89721


CHRISTEN CAMPBELL               INTERNAL REVENUE SERVI          TBOM
10430 PEACOCK RD                CENTRALIZED INSOLVENCY          14600 NORTHWEST
CHADBOURN, NC 28431             P.O. BOX 7346                   BEAVERTON, OR 97006
                                PHILADELPHIA, PA 19101-7346


CONCORA CREDIT                  INTERNAL REVENUE SERVI          TOWER LOAN
ATTN: BANKRUPTCY                C/O US ATTORNEY                 ATTN: BANKRUPTCY
PO BOX 4477                     501 EAST COURT ST               PO BOX 320001
BEAVERTON, OR 97076             STE 4.430                       FLOWOOD, MS 39232
                                JACKSON, MS 39201


CREDIT ACCEPTANCE               KIKOFF                          US ATTORNEY GENERAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                US DEPT OF JUSTICE
25505 WEST 12 MILE RD           75 BROADWAY                     950 PENNSYLVANIA AVENW
STE 3000                        SAN FRANCISCO, CA 94111         WASHINGTON, DC 20530-00
SOUTHFIELD, MI 48034


CREDIT ONE BANK                 NAVY FCU                        USAA FEDERAL
ATTN: BANKRUPTCY DEPT           ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
6801 CIMARRON RD                P.O.BOX 3000                    9800 FREDERICKSBURG RD
LAS VEGAS, NV 89113             MERRIFIELD, VA 22199            SAN ANTONIO, TX 78288
```

```
VERIZON WIRELESS
ATTN: BANKRUPTCY DEPT
P.O.BOX 408
NEWARK, NJ 07101
```