Certificate Number: 14424-MSS-DE-040372317

Bankruptcy Case Number: 25-51780



14424-MSS-DE-040372317

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 2, 2025, at 9:56 o'clock PM EST, Kenneth Campbell completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: December 2, 2025

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor