**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Kenneth Hurle Campbell, Debtor                    Case No. 25-51780-KMS
                                                             **CHAPTER 13**

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before January 21, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on February 24, 2026, at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: December 2, 2025                    /s/ Thomas C. Rollins, Jr.
                                          *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kenneth Hurle Campbell** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 (Spouse, if filing) | | |
| | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case number: (If known) | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$973.16**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

       **Vertex Aerospace LLC**
       **555 Industrial Dr S**
       **Madison MS 39110-0000**

Debtor **Kenneth Hurle Campbell** Case number

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3  Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3: Treatment of Secured Claims**

**3.1  Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
Insert additional claims as needed.

**3.2  Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Family Choice | $6,850.00 | 2010 Ford Taurus 265000 miles | $3,699.00 | $3,699.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Harley Davidson Fin | $19,459.00 | 2015 Harley Davidson Road Glide 62000 miles | $13,581.00 | $13,581.00 | 10.00% |

Debtor **Kenneth Hurle Campbell**  Case number _____

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Onemain** | $7,544.00 | 2013 Cadillac ATS 179000 miles | $4,365.00 | $4,365.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Purchasing Power** | $3,255.11 | TV, Balenciaga Adidas, frozen drink maker, reezer, beats headset | $1,500.00 | $1,500.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| -NONE- | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3   Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Credit Acceptance** | 2017 Nissan Titan 148000 miles | $16,366.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4   Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5   Surrender of collateral.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

Debtor      **Kenneth Hurle Campbell**                              Case number

| Name of Creditor | Collateral |
|---|---|
| Austin Capital Bank | Savings: Austin Capital |
| Tower Loan | Household Goods |
| Tower Loan | Household Goods |
| USAA Federal | CD: USAA |

*Insert additional claims as needed.*

### Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee:   **4,600.00**

    Total attorney fee charged:   $**4,600.00**

    Attorney fee previously paid:   $**272.00**

    Attorney fee to be paid in plan per confirmation order:   $**4,328.00**

☐ Hourly fee: $____.  (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service     **$3,657.06**     .
☐ Mississippi Dept. of Revenue     **$0.00**     .
☐ Other _____     **$0.00**     .

**4.5 Domestic support obligations.**

☐ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*
DUE TO:   **Christen Campbell**
POST PETITION OBLIGATION: In the amount of $ **900.00**   per month beginning   **December 2025**
To be paid ☐ direct, ☑ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the amount of $ **0.00**   through   **n/a**
which shall be paid in full over the plan term, unless stated otherwise: _____
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

*Insert additional claims as needed.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $

Debtor **Kenneth Hurle Campbell** Case number

- ☑ **100.00** % of the total amount of these claims, an estimated payment of $ **61,379.11**
- ☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**4,742.78** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** Other separately classified nonpriority unsecured claims (special claimants). *Check one*.

- ☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one*.

- ☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

## Part 8: Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions

- ☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

## Part 9: Signatures:

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| | |
|---|---|
| X **/s/ Kenneth Hurle Campbell** | X |
| **Kenneth Hurle Campbell** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on **November 25, 2025** | Executed on |
| **1150 Churchton St** | |
| Address | Address |
| **Laurel MS 39440-0000** | |
| City, State, and Zip Code | City, State, and Zip Code |
| Telephone Number | Telephone Number |
| X **/s/ Thomas C. Rollins, Jr.** | Date **November 25, 2025** |
| **Thomas C. Rollins, Jr. 103469** | |
| Signature of Attorney for Debtor(s) | |
| **P.O. Box 13767** | |
| **Jackson, MS 39236** | |
| Address, City, State, and Zip Code | |
| **601-500-5533** | **103469 MS** |
| Telephone Number | MS Bar Number |
| **trollins@therollinsfirm.com** | |
| Email Address | |

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

    Case Trustee
    Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Family Choice Financial, Inc.
c/o Robin Marie Rush
3208 Service Dr. Ste E
Pearl, MS 39208

OneMain Financial Group, LLC
c/o C. T. Corporation System
8927 Lorraine Rd. Suite 204-A
Gulfport, MS 39503

Harley-Davidson Financial Services / Eaglemark Savings Bank
c/o CEO/President
222 W. Adams St., Suite 2000
Chicago, IL 60606

Purchasing Power
c/o C. T. Corporation System
8927 Lorraine Rd. Suite 204-A
Gulfport, MS 39503

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: December 2, 2025        /s/ Thomas C. Rollins, Jr.
                                            *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KENNETH HURLE CAMPBELL

CASE NO: 25-51780-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/2/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/2/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br> KENNETH HURLE CAMPBELL | CASE NO: 25-51780-KMS <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 |

On 12/2/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/2/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                              FIRST CLASS                              FIRST CLASS

FAMILY CHOICE FINANCIAL INC              ONEMAIN FINANCIAL GROUP LLC              HARLEYDAVIDSON FINANCIAL SERVICES  EAGLEMARK
CO ROBIN MARIE RUSH                      CO C T CORPORATION SYSTEM                SAVINGS BANK
3208 SERVICE DR STE E                    8927 LORRAINE RD SUITE 204-A             CO CEOPRESIDENT
PEARL MS 39208                           GULFPORT MS 39503                        222 W ADAMS ST SUITE 2000
                                                                                  CHICAGO IL 60606



FIRST CLASS                              CASE INFO                                ~~EXCLUDE~~

PURCHASING POWER                          LABEL MATRIX FOR LOCAL NOTICING         ~~US BANKRUPTCY COURT~~
CO C T CORPORATION SYSTEM                NCRS ADDRESS DOWNLOAD                    ~~DAN M RUSSELL  JR US COURTHOUSE~~
8927 LORRAINE RD SUITE 204-A             CASE 25-51780-KMS                        ~~2012 15TH STREET  SUITE 244~~
GULFPORT MS 39503                        SOUTHERN DISTRICT OF MISSISSIPPI         ~~GULFPORT  MS 39501-2036~~
                                         TUE DEC 2 8-30-36 PST 2025




AAFES                                    (P)AUSTIN CAPITAL BANK                   CAPITAL ONE
ATTN BANKRUPTCY                          ATTN DENAE REEVES                        ATTN BANKRUPTCY
PO BOX 650060                            8100 SHOAL CREEK BLVD                    PO BOX 30285
DALLAS   TX 75265-0060                   SUITE 100                                SALT LAKE CITY  UT 84130-0285
                                         AUSTIN TX 78757-8041




CHRISTEN CAMPBELL                        CONCORA CREDIT                           CREDIT ACCEPTANCE
10430 PEACOCK RD                         ATTN BANKRUPTCY                          ATTN BANKRUPTCY
CHADBOURN  NC 28431-8843                 PO BOX 4477                              25505 WEST 12 MILE RD
                                         BEAVERTON   OR 97076-4401                STE 3000
                                                                                  SOUTHFIELD  MI 48034-8331




CREDIT ONE BANK                          (P)CREDIT FRESH                          DEMETRIUS CAMPBELL
ATTN BANKRUPTCY DEPT                     200 CONTINENTAL DRIVE SUITE 401          1150 CHURCHTON ST
6801 CIMARRON RD                         NEWARK DE 19713-4337                     LAUREL  MS 39440-5612
LAS VEGAS  NV 89113-2273




(P)FAMILY CHOICE FINANCIAL               GENESIS FS                               HARLEY DAVIDSON FIN
3208 SERVICE DRIVE                       ATTN BANKRUPTCY                          ATTN BANKRUPTCY
SUITE E                                  PO BOX 4477                              PO BOX 22048
PEARL MS 39208-3539                      BEAVERTON   OR 97076-4401                CARSON CITY  NV 89721-2048




INTERNAL REVENUE SERVI                   INTERNAL REVENUE SERVI                   KIKOFF
CENTRALIZED INSOLVENCY                   CO US ATTORNEY                           ATTN BANKRUPTCY
PO BOX 7346                              501 EAST COURT ST                        75 BROADWAY
PHILADELPHIA  PA 19101-7346              STE 4430                                 SAN FRANCISCO  CA 94111-1423
                                         JACKSON  MS 39201-5025




NAVY FCU                                 NAVY FCU                                 ONEMAIN
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                          PO BOX 1010
POBOX 3000                               POBOX 3000                               EVANSVILLE  IN 47706-1010
MERRIFIELD  VA 22119-3000                MERRIFIELD  VA 22116-3000




PURCHASING POWER                         ROADRUNNER ACCOUNT                       SOUTH REGIONAL MEDICAL
1375 PEACHTREE STREET                    ATTN BANKRUPTCY                          PO BOX 607
SUITE 500                                5525 N MACARTHUR BLVD                    LAUREL  MS 39441-0607
ATLANTA  GA 30309-3109                   STE 660
                                         IRVING  TX 75038-2671
```

```
TBOM                                  (P)TOWER LOAN                         US ATTORNEY GENERAL
14600 NORTHWEST                       P O BOX 320001                        US DEPT OF JUSTICE
BEAVERTON   OR 97006                  FLOWOOD MS 39232-0001                 950 PENNSYLVANIA AVENW
                                                                            WASHINGTON  DC 20530-0001



                                      EXCLUDE

USAA FEDERAL                          UNITED STATES TRUSTEE                 VERIZON WIRELESS
ATTN BANKRUPTCY                       501 EAST COURT STREET                 ATTN BANKRUPTCY DEPT
9800 FREDERICKSBURG RD                SUITE 6-430                           POBOX 408
SAN ANTONIO  TX 78288-0002            JACKSON  MS 39201-5022                NEWARK  NJ 07101-0408



EXCLUDE                               DEBTOR                                EXCLUDE

(P)DAVID RAWLINGS                     KENNETH HURLE CAMPBELL                THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE 1150 CHURCHTON ST                    THE ROLLINS LAW FIRM  PLLC
PO BOX 566                            LAUREL  MS 39440-5612                 PO BOX 13767
HATTIESBURG MS 39403-0566                                                   JACKSON  MS 39236-3767
```