## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Kenneth Hurle Campbell                                              CHAPTER 13
      Debtor                                                        CASE NO. 25-51780-KMS

### OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Harley-Davidson Credit Corp ("Movant"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan proposed by the Debtor on the following grounds:

1.     On July 21, 2023, Debtor executed a Promissory Note and Security Agreement with Movant and purchased a 2015 HARLEY-DAVIDSON FLTRXS ROAD GLIDE SP , VIN: 1HD1KTM12FB671362 ("Vehicle").

2.     Debtor purchased the Vehicle within 910 days of filing the bankruptcy petition.

3.     The amount owed on the Vehicle as to be shown on the Proof of Claim to be submitted by Movant is approximately $21,064.98 plus interest.

4.     Debtor's Chapter 13 Plan proposes an amount owed on the Vehicle at $13,581.00 with interest at 10%.

5.     Debtor's proposed plan does not meet the requirements of section 1325(a) as the plan does not provide for payment of Movant's claim in full.

**WHEREFORE, PREMISES CONSIDERED,** Movant files its Objection to Chapter 13 Plan Confirmation and prays for full payment of its claim of $21,064.98 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Kenneth Hurle Campbell
1150 Churchton St
Laurel, MS 39440

/s/ Charles Frank Fair Barbour