United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51780-KMS
Kenneth Hurle Campbell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jan 27, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID     Recipient Name and Address**
db     + Kenneth Hurle Campbell, 1150 Churchton St, Laurel, MS 39440-5612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Laurel Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kenneth Hurle Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: Jan 27, 2026                 Form ID: pdf012                      Total Noticed: 1
TOTAL: 5

_____



    **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 27, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Kenneth Hurle Campbell                                              **CHAPTER 13**
    Debtor                                                                           **CASE NO. 25-51780-KMS**

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #18]

**CAME BEFORE THIS COURT** on Objection of Harley-Davidson Credit Corp ("Objector") to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1.    That Objector holds a claim against Debtor, which is secured by a 2015 HARLEY-DAVIDSON FLTRXS ROAD GLIDE SP , VIN: 1HD1KTM12FB671362 ("Property"), which was purchased within 910 days of filing the bankruptcy petition.

2.    That the parties have agreed to amend the proposed Chapter 13 Plan to provide for payment on the Property from $13,581.00 to $21,064.98 with interest at the rate of 10.00% per annum and for the claim to be moved from subsection 3.2 to subsection 3.3 of the proposed Chapter 13 Plan.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be

amended from $13,581.00 to $21,064.98 with interest at the rate of 10.00% per annum and the claim shall be moved from subsection 3.2 to subsection 3.3.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


   /s/Samuel J. Duncan, Atty for
David Rawlings
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com