United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51780-KMS
Kenneth Hurle Campbell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6  User: mssbad  Page 1 of 3
Date Rcvd: Jan 28, 2026  Form ID: n031  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Hurle Campbell, 1150 Churchton St, Laurel, MS 39440-5612 |
| 5600564 | + | B. Joey Hood II, Esq., for Family Choice Financial Inc., Laurel Branch, PO Box 759, Ackerman MS 39735-0759 |
| 5594416 | + | Christen Campbell, 10430 Peacock Rd, Chadbourn, NC 28431-8843 |
| 5594421 | + | Demetrius Campbell, 1150 Churchton St, Laurel, MS 39440-5612 |
| 5594422 | + | Family Choice Financial, Inc. - Laurel Branch, 1717 Gilbreath Dr, Laurel, MS 39440-1804 |
| 5594432 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 5612234 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5594433 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594413 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 28 2026 19:29:00 | AAFES, Attn: Bankruptcy, P.O. Box 650060, Dallas, TX 75265-0060 |
| 5594414 | | Email/Text: CSBankruptcy@austincapitalbank.com | Jan 28 2026 19:29:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 5616682 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 28 2026 19:29:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5600809 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 28 2026 19:29:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5594420 | | Email/Text: bankruptcy@creditfresh.com | Jan 28 2026 19:29:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5594415 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2026 19:33:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5594417 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 28 2026 19:30:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5594418 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 28 2026 19:29:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5594419 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2026 19:33:56 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594423 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 28 2026 19:30:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5594424 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 28 2026 19:29:00 | Harley Davidson Fin, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5613962 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 28 2026 19:29:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5594426 | + | Email/Text: ebone.woods@usdoj.gov | Jan 28 2026 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: n031 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5594425 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2026 19:29:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5616201 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2026 19:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5594427 | + | Email/Text: bankruptcy@kikoff.com | Jan 28 2026 19:29:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5610568 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 19:33:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594428 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2026 19:30:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22116-3000 |
| 5594429 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2026 19:30:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5613080 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2026 19:30:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5605515 | + | Email/PDF: cbp@omf.com | Jan 28 2026 19:33:59 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5594430 | + | Email/PDF: cbp@omf.com | Jan 28 2026 19:33:59 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5594431 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 28 2026 19:29:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5608509 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 28 2026 19:29:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5606103 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2026 19:29:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5614760 | + | Email/Text: bncmail@w-legal.com | Jan 28 2026 19:29:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5594435 | | Email/Text: bankruptcy@towerloan.com | Jan 28 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5594434 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 28 2026 19:30:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5614761 | + | Email/Text: bankruptcy@towerloan.com | Jan 28 2026 19:29:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5594436 | ^ | MEBN | Jan 28 2026 19:28:27 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5594437 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 28 2026 19:29:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5594438 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 28 2026 19:29:00 | Verizon Wireless, Attn: Bankruptcy Dept, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | *+ | Family Choice Financial, Inc. - Laurel Branch, 1717 Gilbreath Drive, Laurel, MS 39440-1804 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 28, 2026 | Form ID: n031 | Total Noticed: 40 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Laurel Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor Harley-Davidson Credit Corp cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kenneth Hurle Campbell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 25−51780−KMS
**Chapter:** 13

**In re:**

Kenneth Hurle Campbell
aka Kenneth Campbell, aka Kenneth H Campbell
1150 Churchton St
Laurel, MS 39440

Notice of Entry of Order Confirming Plan

The Court entered an Order on 01/28/2026 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 28, 2026

Danny L. Miller, Clerk of Court