**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kenneth Hurle Campbell, Debtor Case No. 25-51780-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: August 20, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kenneth Hurle Campbell, Debtor Case No. 25-51780-KMS**
**CHAPTER 13**

# MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/25/2025.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. Debtor's 2013 Cadillac ATS ("Vehicle") is in poor running condition.
4. Debtor has filed a Motion to Modify surrendering the Vehicle (Dk# 31 ).
5. Debtor wishes to borrow up to thirty-thousand dollars $30,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% and a monthly payment of up to $550.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KENNETH HURLE CAMPBELL

CASE NO: 25-51780-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/24/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KENNETH HURLE CAMPBELL

CASE NO: 25-51780-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/24/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/24/2026

/s/ Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51780-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI AUG 21 13-40-21 PST 2026

FAMILY CHOICE FINANCIAL INC LAUREL BRANC
1717 GILBREATH DRIVE
LAUREL MS 39440-1804

~~EXCLUDE~~
~~(U)HARLEYDAVIDSON CREDIT CORP~~

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AAFES
ATTN BANKRUPTCY
PO BOX 650060
DALLAS TX 75265-0060

ARMY AIR FORCE EXCHANGE SERVICES
ATTENTION GCG
3911 S WALTON WALKER BLVD
DALLAS TX 75236-1509

(P)AUSTIN CAPITAL BANK
ATTN DENAE REEVES
8100 SHOAL CREEK BLVD
SUITE 100
AUSTIN TX 78757-8041

B JOEY HOOD II ESQ
FOR FAMILY CHOICE FINANCIAL INC
LAUREL BRANCH
PO BOX 759
ACKERMAN MS 39735-0759

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHRISTEN CAMPBELL
10430 PEACOCK RD
CHADBOURN NC 28431-8843

CONCORA CREDIT
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD MI 48034-8331

CREDIT ONE BANK
ATTN BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

(P)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337

DEMETRIUS CAMPBELL
1150 CHURCHTON ST
LAUREL MS 39440-5612

~~EXCLUDE~~
~~(D)FAMILY CHOICE FINANCIAL INC LAUREL BRANC~~
~~1717 GILBREATH DR~~
~~LAUREL MS 39440-1804~~

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

HARLEY DAVIDSON FIN
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY NV 89721-2048

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TEXAS 75001-9013

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KIKOFF
ATTN BANKRUPTCY
75 BROADWAY
SAN FRANCISCO CA 94111-1423

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

NAVY FCU
ATTN BANKRUPTCY
POBOX 3000
MERRIFIELD VA 22119-3000

NAVY FCU
ATTN BANKRUPTCY
POBOX 3000
MERRIFIELD VA 22116-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

ONEMAIN FINANCIAL GROUP LLC
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA GA 30309-3109

PURCHASING POWER LLC
BANKRUPTCY DEPT
2727 PACES FERRY ROAD SE
BLDG 2 SUITE 1200
ATLANTA GA 30339-6199

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

ROADRUNNER ACCOUNT
ATTN BANKRUPTCY
5525 N MACARTHUR BLVD
STE 660
IRVING TX 75038-2671

ROADRUNNER FINANCIAL INC
PO BOX 6506
CAROL STREAM ILLINOIS 60197-6506

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SOUTH CENTRAL CLINICS
1220 JEFFERSON STREET
LAUREL MS 39440-4355

SOUTH CENTRAL REGIONAL MEDICAL CENTER
1220 JEFFERSON STREET
LAUREL MS 39440-4374

TBOM
14600 NORTHWEST
BEAVERTON OR 97006

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

USAA FEDERAL
ATTN BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO TX 78288-0002

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VERIZON WIRELESS
ATTN BANKRUPTCY DEPT
POBOX 408
NEWARK NJ 07101-0408

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

KENNETH HURLE CAMPBELL
1150 CHURCHTON ST
LAUREL MS 39440-5612

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~