**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kenneth Hurle Campbell, Debtor** **Case No. 25-51780-KMS**
**CHAPTER 13**

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK # 32), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor is authorized to borrow up to thirty-thousand dollars ($30,000.00) to purchase a vehicle with an interest rate no greater than 25.00% and a monthly payment not to exceed $550.00. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR